**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**In re:**                                                          :
                                                                    :
                                                                    :        **Chapter 11**
                                                                    :        **Case Nos. 02-21821-jf**
        **SUDANO, INC.,** *et al.*,                :                     **02-22350-jf**
                                                                    :                     **02-22714-jf**
                                                                    :
                                                                    :        **(Jointly Administered)**
                                                                    :
                                                                    :
                    **Debtors.**      :
                                                                    :
-------------------------------------------------------------X

## ORDER DENYING MOTION SEEKING DAMAGES AGAINST TRUSTEE

Upon the motion ("Motion") of Sebastian G. Bongiovani, Jr. ("Bongiovanni Jr.), on behalf of Mildred Bongiovanni, seeking compensatory and punitive damages against Janice B. Grubin, the Chapter 11 Trustee ("Trustee"); and upon the objections to the Motion filed by the Trustee, Trustee's former counsel and the United States Trustee; and upon the response filed by Bongiovanni Jr. to those objections; and upon the evidentiary hearing held on the Motion on March 6, 2008 ("Evidentiary Hearing"); and upon the Post-Evidentiary submissions filed by Bongiovanni Jr., the Trustee, Trustee's former counsel and the Office of the United States Trustee; and upon the Decision Denying Motion Seeking Damages Against Trustee dated July 30, 2008, and for the reasons stated therein, it is hereby

**ORDERED**, that the Motion be, and hereby is, denied in its entirety; and it is further

1

2

**ORDERED**, that the Trustee be, and hereby is, authorized to disburse the remaining funds of these estates in accordance with the Final Report; and it is further

**ORDERED**, that the Trustee submit an application for entry of a Final Decree closing the above-captioned cases; and it is further

**ORDERED**, that the Clerk of Court shall serve a copy of the Memorandum Decision and this Order upon Bongiovanni Jr., Mildred Bongiovanni, the Trustee, Trustee's former counsel and the Office of the United States Trustee.

**Dated:  Brooklyn, New York**
           **July 30, 2008**

                                                    **s/Jerome Feller**
                                                    **Jerome Feller**
                                                    **United States Bankruptcy Judge**